IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSEPH KINARD,

    Petitioner,

                                JUDGMENT IN A CIVIL CASE

v.

                                Case No. 10-cv-358-wmc

UNITED STATES OF AMERICA,

    Respondent.

---

    This action came for consideration before the court with DISTRICT JUDGE WILLIAM M. CONLEY presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered dismissing petitioner Joseph Kinard's petition for a writ of

habeas corpus for lack of jurisdiction.

_____    _____8/31/10_____

    Peter Oppeneer, Clerk of Court             Date